# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **Bruce Harris,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **V.** | ) Case No. 09-3456-CV-S-JTM |
| | ) |
| **Michael J. Astrue,** | ) |
| | ) |
| **Defendant.** | ) |

# ORDER

On Friday, February 11, 2011, the Court heard oral argument on the *Plaintiff's Social Security Brief*, filed June 28, 2010 [Doc 6] and the *Brief For Defendant*, filed October 12, 2010 [Doc. 11]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument on February 11, 2011, it is

**ORDERED** that the decision of the Commissioner is **AFFIRMED**.


                                           */s/ John T. Maughmer*
                                        **JOHN T. MAUGHMER**
                                        **U. S. MAGISTRATE JUDGE**